IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 12 C 10373 |
| M & M SHEET METAL, INC., a Delaware corporation, | ) ) ) | JUDGE SHARON JOHNSON COLEMAN |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, M & M SHEET METAL, INC., a Delaware corporation, in the total amount of $173,890.55, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $894.00.

On January 7, 2013, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Paula Jacobs) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 28, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>19th</u> day of <u>February 2013</u>:

      Mr. Glen R. Barmann, Registered Agent for
      M & M Sheet Metal, Inc.
      200 E. Court Street, Suite 602
      Kankakee, IL   60901

      Mr. Larry S. Palmateer, President
      M & M Sheet Metal, Inc.
      259 S. West Avenue
      Kankakee, IL   60901


      /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\M & M Sheet Metal\#24275\motion.cmc.df.wpd